# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ROBERTS, | Case No.: 3:24-cv-00425-L-DTF |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | **[ECF NO. 22]** |
| BARCLAYS BANK DELAWARE; TRANS UNION LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Motion to Dismiss Entire Case (ECF no. 22) is granted. Accordingly, this action is dismissed with prejudice. Each party shall bear her or its own costs and expenses.

**IT IS SO ORDERED.**

Dated: October 22, 2024

_____
Hon. M. James Lorenz
United States District Judge

1